[No. 55350-0-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL JOSEPH ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-02192-6, Ronald Kessler, J., entered November 29, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Grosse and Becker, JJ.

[No. 55868-4-I. Division One. May 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAQUEL WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-14158-0, Sharon S. Armstrong, J., entered February 28, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55911-7-I. Division One. May 22, 2006.]

PETE TALAGA, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-16430-3, Nicole MacInnes, J., entered February 14, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Cox, JJ.

[No. 55973-7-I. Division One. May 22, 2006.]

ROBERTA CREECH, *as Personal Representative, Appellant,* v. AGCO CORPORATION ET AL., *Defendants,* OAKFABCO, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-32591-1, Sharon S. Armstrong, J., entered February 25, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ. Now published at 133 Wn. App. 681.